ACCEPTED
12-15-00015-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
3/2/2015 9:49:33 AM
CATHY LUSK
CLERK

No. 12-15-00015-CV

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
3/2/2015 9:49:33 AM
CATHY S. LUSK
Clerk

# IN THE
# TWELFTH COURT OF APPEALS
# TYLER, TEXAS

## IN RE INNOVATION RESOURCE LLC,
### *RELATOR*

_____

*Original Proceeding from Cause No. 3-42109 in the 3ᴿᴰ Judicial District Court*
*Anderson County, Texas*

_____

### RESPONSE TO PETITION FOR WRIT OF MANDAMUS

_____

JAMES D. HANKINS
State Bar No. 08912300
LAW OFFICE OF JAMES D. HANKINS
606 East Crawford Street
Palestine, Texas 75801
(903)729-2102
(903)731-4731 (Facsimile)
jdh@jameshankinslaw.com

1

# IN THE
# TWELFTH COURT OF APPEALS
# TYLER, TEXAS

IN RE INNOVATION RESOURCE SOLUTION, LLC,
*RELATOR*

## PLAINTIFFS' REPLY TO DEFENDANT'S MOTION TO RECUSE

**TO THE HONORABLE JUSTICES OF THE TWELFTH COURT OF APPEALS:**

Appellee, Innovation Resource Solution, LLC, has filed a motion to mandamus the Honorable Deborah Evans based upon her entry of a judgment on January 12, 2015 in the District Court of Anderson County, Texas disqualifying Jeffrey L. Coe as attorney for Innovation Resource Solution, LLC.

On February 27, 2015 the Honorable Judge Evans rescinded her order of disqualification. A true and correct copy of the Motion to Rescind and Order on Motion to Rescind is attached hereto as Exhibit A and B.

Based upon the Court's rescission of the order of disqualification, the motion for mandamus is rendered moot.

Respondents, Calvin B. Smith and Connie M. Smith, move this Court to dismiss this cause of action as moot.

Respectfully submitted,

LAW OFFICE OF JAMES D. HANKINS
606 E. Crawford Street
P.O. Box 2048
Palestine, TX 75802
Telephone: (903) 729-2102
Fax: (903) 731-4732


By:  /S/ *James D.  Hankins*
   JAMES D. HANKINS
   State Bar No. 08912300
   Email:jdh@jameshankinslaw.com
   Attorney for Calvin B. Smith and
   Connie M. Smith

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served by electronic mail service in accordance with the Texas Rules of Appellate Procedure and the Texas Rules of Civil Procedure on March 2, 2015.


/s/ *James D. Hankins*
JAMES D. HANKINS

# CAUSE NO. 3-42109

| | | |
|---|---|---|
| CALVIN B. SMITH AND CONNIE M. SMITH, Plaintiffs | § § § | IN THE THIRD JUDICIAL DISTRICT |
| VS. | § § | COURT OF |
| INNOVATION RESOURCE SOLUTION, LLC, Defendant | § § § | ANDERSON COUNTY, TEXAS |

## MOTION TO RESCIND

**TO THE HONORABLE JUDGE OF SAID COURT:**

On January 12, 2015 this Court filed an order disqualifying Jeff Coe as attorney for Innovation Resource Solution, LLC.

Although the Court's ruling was correct the Defendant has raised objections to the procedure of the hearing and filed a mandamus with the 12th Court of Appeals.

Rather than delay the trial of this matter based upon Defendant's unwarranted objections, Plaintiffs move the Court to rescind its previous order of disqualification without prejudice to Plaintiffs filing a motion to disqualify Jeff Coe as attorney for defendant.

Respectfully submitted,

LAW OFFICES OF JAMES D. HANKINS
606 E. Crawford Street
Palestine, TX 7582
Telephone: (903) 729-2102
Fax: (903) 731-4732

By: _____
JAMES D. HANKINS
State Bar No. 08912300
Email:jdh@jameshankinslaw.com
Attorney for Plaintiffs

LAW OFFICE OF TERRY M. THORN
608 E. Crawford Street
Palestine, TX 75801
Tel: (903)729-6087
Fax: (903)729-7605

By:_____
   TERRY M. THORN
   Texas Bar No. 19965500
   Attorneys for Plaintiffs


CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served in accordance with the Texas Rules of Civil Procedure on February 26 , 2015.

_____
James D. Hankins
Email: jdh@jameshankinslaw.com

| | | |
|---|---|---|
| CALVIN B. SMITH AND CONNIE M. SMITH, Plaintiffs | § § § | IN THE THIRD JUDICIAL DISTRICT |
| VS. | § § | COURT OF |
| INNOVATION RESOURCE SOLUTION, LLC, Defendant | § § § | ANDERSON COUNTY, TEXAS |

## ORDER ON MOTION TO RESCIND

On January 1, 2015, this Court entered an order disqualifying Jeff Coe as attorney for Defendant, Innovation Resource Solution, LLC. Based upon the Defendant's complaint that he was not afforded a fair hearing the Court grants this Motion to Rescind without prejudice to the filing of a formal motion to disqualify.

SIGNED ON THIS THE ___27___ day of ___Fbruy___ , 2015.

_____
JUDGE PRESIDING

EXHIBIT B    Page 1 of 1